Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Amanda Rosenberg (SBN278507)
arosenberg@kalielgold.com
**KALIEL GOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

Sophia Goren Gold (SBN 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE STOUT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRUBHUB, INC., and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-04745-EMC<br>Hon. Edward M. Chen<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Jesse Stout, does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Jesse Stout, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: February 2, 2024    **KALIELGOLD PLLC**

*/s/ Jeffrey D. Kaliel*
Jeffrey D. Kaliel
Sophia Goren Gold

*Attorneys for Plaintiff*